**United States District Court**
For the Northern District of California

1

2                                          **\*E-FILED:  August 8, 2012\***

3

4

5

6

7                                    NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11   TRIEU PHAM,                                 No. C12-01750 HRL

12                Plaintiff,                      **ORDER TO SHOW CAUSE WHY THIS
                                                  ACTION SHOULD NOT BE DISMISSED**
13        v.

14   CITY OF SAN JOSE, a municipality; SAN
     JOSE POLICE DEPARTMENT, a department
15   of municipality; OFFICER HERNANDEZ, an
     individual; SGT. MONTONYE, an individual;
16   and DOES 1-20,

17                Defendants.
                                            /
18

19        On April 4, 2012, pro se plaintiff Trieu Pham filed this action for alleged civil rights

20   violations.  There is no indication that defendants have been served, and the deadline for service

21   has passed.  FED. R. CIV. P. 4(m).  On July 5, 2012, the court issued a clerk's notice continuing

22   the date for the initial case management conference and related deadlines.  (Dkt. No. 4).  On

23   July 10, 2012, that notice was returned to the court as undeliverable.[1]  (Dkt. No. 5).  Plaintiff did

24   not appear for the August 7, 2012 initial case management conference.  There has been no other

25   activity on the docket since the complaint was filed.

26

27

28

---

        [1]      Plaintiff has until September 10, 2012 to provide the court with a current
mailing address.  CIV. L.R. 3-11.  In any event, the ECF system indicates that plaintiff may
be receiving electronic notices of all court filings.

1       Accordingly, no later than **August 24, 2012**, plaintiff shall file a response to this order,

2  explaining why this case should not be dismissed for failure to prosecute.  Plaintiff is advised

3  that the failure to file a response as directed will be considered additional ground for dismissal.

4       SO ORDERED.

5  Dated: August 8, 2012

6

7                      _____

8                      HOWARD R. LLOYD
                            UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

1    5:12-cv-01750-HRL Notice has been electronically mailed to:

2    Trieu Pham
     181 Ivy Hill Way
3    Los Gatos, CA 95032

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28